AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Michael Chow known as "Mr. Chow", et al <br> *Plaintiff* <br> v. <br> Chak Yam Chau, et al <br> *Defendant* | ) ) ) ) ) ) |

MISC12 757

Civil Action No. 09-21893-CIV-Hoeveler

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __10/24/2012__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date:   10/26/2012

Steven M. Larimore
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.
★ NOV 06 2012 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21893-CIV-HOEVELER/TURNOFF

MICHAEL CHOW known as "MR. CHOW", et al.,

    Plaintiffs/Counter-Defendants,

v.

CHAK YAM CHAU, et al.,

    Defendants/Counter-Plaintiffs.

_____/

## FINAL JUDGMENT

THIS CAUSE came before the Court, for jury trial, beginning January 23, 2012. The parties presented evidence and argument to the jury and the case was concluded on February 23, 2012, when the jury returned its verdict, a copy of which is attached hereto. Consistent with the Court's ruling on the post trial motions entered this date, it is

ORDERED AND ADJUDGED that Final Judgment be and it is hereby entered in favor of T. C. Ventures, Inc., and against Defendant, Davé 60 NYC, Inc., in the amount of FIVE HUNDRED TWENTY THOUSAND FOUR HUNDRED FIFTY ONE and 00\100 DOLLARS ($520.451.00).

It is further ORDERED that the jury verdict in favor of MICHAEL CHOW and against STRATIS MORFOGEN is hereby set aside. MICHAEL CHOW takes nothing as to his claim against STRATIS MORFOGEN.

It is further ORDERED that as to the Defendants' Counterclaims against the Plaintiffs, Defendants take nothing by their actions.

*Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 10/20/12*

Costs which are appropriate shall be taxed by separate order consistent with the Court's order on post trial motions entered this date.

DONE AND ORDERED in Chambers at Miami, Florida this 24th day of October, 2012.

*[signature: Wm M Hoeveler]*

SR. UNITED STATES DISTRICT JUDGE

cc: Counsel of record

Case 1:12-mc-00757-UA Document 1 Filed 11/06/12 Page 4 of 13 PageID #: 4
Case 1:09-cv-21893-WMH Document 388 Entered on FLSD Docket 10/24/2012 Page 3 of 12
Case 1:09-cv-21893-WMH Document 349 Entered on FLSD Docket 02/23/2012 Page 1 of 10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21893-CIV-HOEVELER

MICHAEL CHOW, known as "MR. CHOW,"
MR. CHOW ENTERPRISES, LTD.,
MC MIAMI ENTERPRISES, LLC, and
TC VENTURES, INC.,

    Plaintiffs,

v.

CHAK YAM CHAU,
STRATIS MORFOGEN,
DAVID LEE,
MANNY HAILEY,
PHILIPPE MIAMI LLC,
DAVÉ 60 NYC, INC.,
PHILIPPE EXPRESS LLC, and
PHILIPPE WEST COAST LLC,

    Defendants.

_____/

## VERDICT FORM

WE THE JURY FIND AS FOLLOWS:

Case 1:12-mc-00757-UA   Document 1   Filed 11/06/12   Page 5 of 13 PageID #: 5
Case 1:09-cv-21893-WMH   Document 388   Entered on FLSD Docket 10/24/2012   Page 4 of 12
Case 1:09-cv-21893-WMH   Document 349   Entered on FLSD Docket 02/23/2012   Page 2 of 10

## LIABILITY

On each of the following claims, we find in favor of (check either Plaintiffs or Defendants):

**Plaintiffs' Claim for Trademark Infringement**

_____ Plaintiffs        \_\_\_✓\_\_\_ Defendants

**Plaintiffs' Claim for Unfair Competition by Trade Name Infringement**

_____ Plaintiffs        \_\_\_✓\_\_\_ Defendants

**Plaintiffs' Claim for Unfair Competition by Trade Dress Infringement**

_____ Plaintiffs        \_\_\_✓\_\_\_ Defendants

**Plaintiffs' Claim for False Advertising**

\_\_\_✓\_\_\_ Plaintiffs        _____ Defendants

**Plaintiffs' Claims for Unfair Competition by Deceptive Conduct**

\_\_\_✓\_\_\_ Plaintiffs        _____ Defendants

Case 1:12-mc-00757-UA   Document 1   Filed 11/06/12   Page 6 of 13 PageID #: 6
Case 1:09-cv-21893-WMH   Document 388   Entered on FLSD Docket 10/24/2012   Page 5 of 12
Case 1:09-cv-21893-WMH   Document 349   Entered on FLSD Docket 02/23/2012   Page 3 of 10

**Plaintiffs' Claim for Unfair or Deceptive Practices in Violation of the Florida Deceptive and Unfair Trade Practices Act**

_____ Plaintiffs          \_\_\_✓\_\_\_ Defendants

**Plaintiffs' Claim for Unfair Business Practices in Violation of the California Business & Professions Code**

_____ Plaintiffs          \_\_\_✓\_\_\_ Defendants

**Plaintiffs' Claim for Conversion of Intellectual Property**

_____ Plaintiffs          \_\_\_✓\_\_\_ Defendants

Case 1:12-mc-00757-UA Document 1 Filed 11/06/12 Page 7 of 13 PageID #: 7
Case 1:09-cv-21893-WMH Document 388 Entered on FLSD Docket 10/24/2012 Page 6 of 12
Case 1:09-cv-21893-WMH Document 349 Entered on FLSD Docket 02/23/2012 Page 4 of 10

## DAMAGES

If you find in favor of the Plaintiffs on any of the above claims, you should proceed to determine the damages, if any, suffered by each restaurant. If you do not find in favor of the Plaintiffs on any of the above claims, then you do not need to determine damages.

**Mr. Chow Restaurant**
**New York City (57th Street)**

Damages $ 520,451.00

We find the following Defendants responsible for these damages (place an X or √ mark):

\_\_\_\_\_ Stratis Morfogen

\_\_\_\_\_ Philippe Chow Chau

\_\_\_\_\_ David Lee

√ Davé 60 NYC, Inc.

### Mr. Chow Restaurant
### Miami Beach

Damages $ ___∅___

We find the following Defendants responsible for these damages (place an X or √ mark):

\_\_\_\_   Stratis Morfogen

\_\_\_\_   Philippe Chow Chau

\_\_\_\_   David Lee

\_\_\_\_   Philippe Miami LLC

Case 1:12-mc-00757-UA Document 1 Filed 11/06/12 Page 9 of 13 PageID #: 9
Case 1:09-cv-21893-WMH Document 388 Entered on FLSD Docket 10/24/2012 Page 8 of 12
Case 1:09-cv-21893-WMH Document 349 Entered on FLSD Docket 02/23/2012 Page 6 of 10

### Mr. Chow Restaurant – Beverly Hills, California

Damages $ _____∅_____

We find the following Defendants responsible for these damages (place an X or √ mark):

____  Stratis Morfogen

____  Philippe Chow Chau

____  David Lee

____  Manny Hailey

____  Philippe West Coast LLC

Case 1:12-mc-00757-UA   Document 1   Filed 11/06/12   Page 10 of 13
Case 1:09-cv-21893-WMH   Document 368   Entered on FLSD Docket 10/24/2012   Page 9 of 12
Case 1:09-cv-21893-WMH   Document 349   Entered on FLSD Docket 02/23/2012   Page 7 of 10

### Michael Chow (individually)

Damages $ 500,000.00

We find the following Defendants responsible for these damages (place an X or √ mark):

- √ Stratis Morfogen
- ___ Philippe Chow Chau
- ___ David Lee
- ___ Manny Hailey
- ___ Davé 60 NYC, Inc.
- ___ Philippe Miami LLC
- ___ Philippe West Coast LLC

Case 1:12-mc-00757-UA Document 1 Filed 11/06/12 Page 11 of 13 PageID #: 11
Case 1:09-cv-21893-WMH Document 388 Entered on FLSD Docket 10/24/2012 Page 10 of 12
Case 1:09-cv-21893-WMH Document 349 Entered on FLSD Docket 02/23/2012 Page 8 of 10

### Punitive Damages

If you find in favor of the Plaintiffs on one of the following claims, you may proceed to determine whether punitive damages should be awarded on those claims: **unfair competition, conversion**. Punitive damages may not be awarded by the jury on Plaintiffs' claims other than those for unfair competition, and conversion. So if you do not find in favor of the Plaintiffs on one or more of those claims, you should skip this section.

**Punitive Damages** $ _____Ø_____

We find the following Defendants responsible for these punitive damages (place an X or √ mark):

- _____ Stratis Morfogen
- _____ Philippe Chow Chau
- _____ David Lee
- _____ Davé 60 NYC, Inc.
- _____ Philippe Miami LLC
- _____ Philippe West Coast LLC

Case 1:12-mc-00757-UA  Document 1  Filed 11/06/12  Page 12 of 13 PageID #: 12
Case 1:09-cv-21893-WMH  Document 388  Entered on FLSD Docket 10/24/2012  Page 11 of 12
Case 1:09-cv-21893-WMH  Document 349  Entered on FLSD Docket 02/23/2012  Page 9 of 10

## Defendants' Counterclaims

On the following claim, we find in favor of (place a check by the party you find in favor of):

**Defendant Philippe Chow Chau's Counterclaim for Defamation Per Se**

_____ Philippe Chow Chau
and his restaurants

\_\_\_✓\_\_\_ Michael Chow
and his restaurants

## Damages

If you find in favor of Philippe Chow Chau on the counterclaim for defamation, you should proceed to determine the damages, if any. If you do not find in favor of Philippe Chow Chau on this counterclaim, then you do not need to determine damages.

Damages $\_\_\_∅\_\_\_

## Punitive Damages

If you find in favor of Philippe Chow Chau on the counterclaim for defamation, you may proceed to determine whether punitive damages should be awarded on that claim.

Punitive Damages $\_\_\_∅\_\_\_

On the following claim, we find in favor of (place a check by the party you find in favor of):

**Defendant Philippe Chow Chau's Counterclaim for Deregistration of the "Mr. Chow" Trademark**

_____ Philippe Chow Chau
and his restaurants

\_\_\_✓\_\_\_\_ Michael Chow
and his restaurants

SO SAY WE ALL:



FOREPERSON

2/23/2012

DATE